**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6964**

PHILLIP EDWARD HILL,

        Plaintiff - Appellant,

    v.

FREDERICK COUNTY MARYLAND DISTRICT COURT; DINO FLORES, District Court Judge; BRETT ANGLER, States Attorney; ALAN WINIK, Plaintiff's Ex Counsel; FREDERICK COUNTY SHERIFF'S OFFICE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge. (1:24-cv-01897-LKG)

Submitted: February 26, 2026                 Decided: March 3, 2026

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phillip E. Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip E. Hill appeals the district court's order dismissing his pro se amended civil complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Hill v. Frederick Cnty. Md. Dist. Ct.*, No. 1:24-cv-01897-LKG (D. Md. filed Oct. 24, 2025 & entered Oct. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*